IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Leslie Jefferson, as Next Friend of C.J., a minor, and Andrew White, as Next Friend of S.W., a minor, | § § § § § | |
| | § | Civil Action No. 3:24-cv-01904-E |
| *Plaintiffs*, | § § | |
| v. | § § | |
| Waxahachie ISD Board of Trustees, *et al*., | § § § § | |
| *Defendants*. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court conducted an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated September 3, 2025—(ECF No. 42). Plaintiffs Jefferson and White filed objections. (ECF No. 43). The Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. The Court has found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

(*Signature Page Follows*)

**SO ORDERED.**

26th day of September, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE